No. 97. NEW YORK AND NEW JERSEY WATER Co. ET AL. *v.* PASSAIC CONSOLIDATED WATER Co.

Argued December 6, 7, 1928. Decided December 10, 1928. *Per Curiam:* The appeal is dismissed for want of a substantial federal question on the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Mr.*

*Robert H. McCarter* for appellants. *Mr. Frederick J. Faulks*, with whom *Mr. J. N. Bishop, Jr.*, was on the brief, for appellee.